IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

RODERICK SMITH,                )
                               )
     Plaintiff,                )
                               )        CIVIL ACTION NO.
     v.                        )        2:13cv402-MHT
                               )             (WO)
SHORELINE TRANSPORTATION       )
OF ALABAMA, LLC,               )
                               )
     Defendant.                )

## JUDGMENT

In accordance with the opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The joint motion for approval of settlement (doc. no. 21) is granted.

(2) The settlement agreement is approved with the two modifications set forth in the accompanying opinion.

(3) This lawsuit is dismissed in its entirety with prejudice, with the parties to bear their own costs.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 18th day of February, 2014.

　　　　　　　　　　　　　　　/s/ Myron H. Thompson　　
　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE